EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte<br><br>Ana V. Piñero Parés | 2016 TSPR 145<br><br>195 DPR ____ |

Número del Caso: TS-14,587

Fecha: 30 de junio de 2016

Abogado de la Peticionaria:

    Lcdo. Virgilio Mainardi Peralta

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Ana V. Piñero Parés

TS-14587

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de junio de 2016.

Vista la *Solicitud de Reconsideración* de 21 de junio de 2016, se reinstala al ejercicio de la abogacía. Se le concede un término de veinte (20) días a la Oficina de Inspección de Notarías (ODIN) para que se exprese con relación a la reinstalación al ejercicio de la notaría.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo